IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

EDDIE JACKSON, :
        Petitioner, :
    v. : Civil Action No. 04-289J
TRACY JOHNS, WARDEN, F.C.I. :
LORETTO, :
        Respondent :

MEMORANDUM ORDER

This matter was referred to Magistrate Judge Keith A. Pesto for proceedings in accordance with the Magistrates Act, 28 U.S.C.§ 636(b)(1), and subsections 3 and 4 of Local Rule 72.1 for Magistrate Judges.

The Magistrate Judge filed a Report and Recommendation on June 21, 2006, docket no. 9, recommending that the petition be denied as moot.

The parties were notified (petitioner was notified at his last address) that, pursuant to 28 U.S.C.§ 636(b)(1), they had ten days to file written objections to the Report and Recommendation. Petitioner has not contacted the Clerk with a new address, and no objections have been filed.  After de novo review of the record of this matter and the Report and Recommendation, the following order is entered:

AND NOW, this 24th day of July, 2006, it is

ORDERED that the petition is dismissed as moot. If petitioner contacts the Clerk, the Clerk shall provide petitioner with a copy of this order. The Report and Recommendation is adopted as the opinion of the Court. The Clerk shall mark this matter closed.

BY THE COURT:

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice to:
    Christy C. Wiegand, Esquire
    United States Attorney's Office, Suite 4000
    United States Post Office and Courthouse
    Pittsburgh, PA 15219